PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

2018 MAY 30   AM 11: 32

DEPUTY CLERK_____

KENNEN THOMAS #2174910
Plaintiff's Name and ID Number

TDCJS ETF
HENDERSON UNIT
Place of Confinement

**318 - CV 1 3 6 9 - S**

CASE NO._____
(Clerk will assign the number)

5  MTC (MANAGEMENT & TRAINING CORPORATION)
900 INDUSTRIAL DRIVE HENDERSON TX 75653
v.
1  WARDEN TYSON EAST TEXAS TREATMENT FACILITY (INDIVIDUAL & OFFICIAL CAPACITY)
900 INDUSTRIAL DRIVE HENDERSON TX 75653
Defendant's Name and Address
2  WARDEN RUPERT EAST TEXAS TREATMENT FACILITY (INDIVIDUAL & OFFICIAL CAPACITY)
900 INDUSTRIAL DRIVE HENDERSON TX 75653
Defendant's Name and Address
3  CAPTAIN REED EAST TEXAS TREATMENT FACILITY (INDIVIDUAL & OFFICIAL CAPACITY)
900 INDUSTRIAL DRIVE HENDERSON TX 75653
Defendant's Name and Address CAPTAIN D RIGGS EAST TEXAS TREATMENT FACILITY (INDIVIDUAL &
4  ( DO NOT USE "ET AL.") OFFICIAL CAPACITY)
900 INDUSTRIAL DRIVE HENDERSON TX 75653

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis*  and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES X_ NO

    B.   If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit:_____

        2.   Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.   Court: (If federal, name the district; if state, name the county.)_____

        4.   Cause number:_____

        5.   Name of judge to whom case was assigned: _____

        6.   Disposition:  (Was the case dismissed, appealed, still pending?) _____

        7.   Approximate date of disposition:_____

II.      PLACE OF PRESENT CONFINEMENT: East Texas Treatment Facility

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

      Have you exhausted all steps of the institutional grievance procedure?    ___YES **X** NO

      Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

    A. Name and address of plaintiff: Kephren Thomas #2174910

        900 Industrial Drive

        Henderson Texas 75653

    B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

      Defendant #1: Warden Tyson East Texas Treatment Facility Warden 900 Industrial Drive Henderson Texas 75653

      Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DENIAL OF ACCESS TO THE COURTS, TORTUROUS CONDITIONS OF CONFINEMENT HAS ME LOCKED IN THE SHU WITHOUT AN OFFICIAL HEARING, IS NOT PART OF THE PUNISHMENT FOR DISCIPLINE VIOLATING USCA 14TH AMENDMENTS DUE PROCESS

      Defendant #2: Warden Rupert East Texas Treatment Facility Warden 900 Industrial Drive Henderson Texas 75653

      Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DENIAL OF ACCESS TO THE COURTS, TORTUROUS CONDITIONS OF CONFINEMENT HAS ME LOCKED IN THE SHU WITHOUT AN OFFICIAL HEARING, IS NOT PART OF THE PUNISHMENT FOR DISCIPLINE VIOLATING USCA 14 DUE PROCESS

      Defendant #3: Captain Reed East Texas Treatment Facility Disciplinary Captain 900 Industrial Drive Henderson Texas 75653

      Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
TORTUROUS CONDITIONS OF CONFINEMENT, DENIAL OF ACCESS TO DISCIPLINARY RECORDS HAS ME LOCKED IN THE SHU WITHOUT AN OFFICIAL HEARING, IS NOT PART OF THE PUNISHMENT FOR DISCIPLINE VIOLATING USCA 14TH AMENDMENTS DUE PROCESS

      Defendant #4: Captain Riggs East Texas Treatment Facility Captain 900 Industrial Drive Henderson TX 75653

      Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DENIAL OF PROCEDURAL SAFEGUARDS & DUE PROCESS AT DISCIPLINARY HEARING US CA 14TH

      Defendant #5: Management & Training Corporation

      Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
ITS POLICY MAKERS HAVE CREATED ONE OR MORE POLICIES THAT DENY & HAVE DENIED PLAINTIFF DUE PROCESS USCA 14TH

V.      STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. DENIAL OF DUE PROCESS USCA 14TH

1 On or about April 23RD 2018, Plaintiff was placed in the SHU/Admin Seg for assaulting another inmate (pre-hearing detention)

2 On or about April 27TH 2018, Plaintiff was provided his hearing for disciplinary in front of Captain Riggs. Captain Riggs refused to allow Plaintiff any access to any evidence refused to allow Plaintiff to call any witnesses, did not allow Plaintiff to have his hearing recorded.

3 At the conclusion of the hearing Captain Riggs stated "I find you guilty based on the officers report." I asked Captain Riggs if there was any X rays, medical records, medical transport for the alleged victim, he said Plaintiff couldn't have access to that.

VI.     RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.
1 Order release from administrative segregation, immediately
2 Impose an order for MTC & its employees to follow due process in regards to administrative segregation, pre hearing detention & discipline
3 $500,000 in punitive damages. $100,000 from each actor including the MTC Corporation (intentional infliction of emotional distress, imposition of punishment, due process (cruel/unusual punishment)

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. California V 79385 CDC

_____

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed sanctions (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date sanctions were imposed:_____

    4. Have the sanctions been lifted or otherwise satisfied?              ____YES ____NO

4

4. PLAINTIFF WAS GIVEN PUNISHMENT OF 45 DAYS RECREATION RESTRICTION 45 DAYS COMMISSARY RESTRICTION & 1 DAY OF SOLITARY SUSPENDED ALONG WITH 90 DAYS PHONE RESTRICTION NO OTHER PUNISHMENT IMPOSED

5 MEDICAL STAFF WAS NOT CONSULTED PRIOR TO THE IMPOSITION OF PUNISHMENT ALTHOUGH PLAINTIFF HAS MOBILITY ISSUES

6 MENTAL HEALTH WAS NOT CONSULTED PRIOR TO THE IMPOSITION OF PUNISHMENT ALTHOUGH PLAINTIFF SUFFERS FROM PTSD, BI POLAR, DEPRESSION, PANIC/ANXIETY ATTACKS, CLAUSTROPHOBIA, INSOMNIA, MOOD SWINGS & ANTI-SOCIAL PERSONALITY DISORDER & PLAINTIFFS BEHAVIOR WAS THE RESULT OF HIS CONDITIONS

7 PLAINTIFF WAS DENIED SUBSTITUTE COUNSEL; PLAINTIFF WAS FOUND GUILTY BASED ON INSUFFICIENT EVIDENCE; CAPTAIN RIGGS LIED & STATED PLAINTIFF ADMITTED GUILT; PLAINTIFF WAS NOT INFORMED OF HIS RIGHT TO APPEAL; PLAINTIFFS HEARING WAS NOT RECORDED

8 PLAINTIFF IMMEDIATELY SENT IN REQUEST FORMS, ON APRIL 29TH, 2018, REQUESTING CAPTAIN REED MAKE AVAILABLE THE COMPLETE DISCIPLINARY RECORD RECORDINGS, EVIDENCE, PHOTOS, CAPTAIN REED IGNORED PLAINTIFF

9. MAY 8TH, 2018 PLAINTIFF WAS TAKEN TO THE WARDENS OFFICE FROM THE SHU WHERE WARDEN TYSON & LCDC SILOS SAT. DEFENDANT TYSON ASKED PLAINTIFFS TO TELL HIS SIDE OF THE STORY. DEFENDANT TYSON DIRECTED THE CONVERSATION THE WAY SHE WANTED IT TO GO. TOLD PLAINTIFF TO KEEP IT SHORT & SWEET & TOLD PLAINTIFF THAT SHE WOULD RECOMMEND PROGRAM REMOVAL.

10 DEFENDANT TYSON REFUSED TO REMOVE PLAINTIFF FROM ADMINISTRATIVE SEGREGATION ALTHOUGH PLAINTIFF POSES NO THREAT, PLAINTIFFS PUNISHMENT DID NOT INCLUDE EXTENDED HOUSING OR PUNISHMENT IN THE SHU.

11. DEFENDANT TYSON, POLICY MAKER FOR MTC, HAS A POLICY OF DENYING INMATES UCC HEARINGS FOR WEEKS, LEAVING SCHIZOPHRENIC OR MENTAL HEALTH PATIENTS IN ADMINISTRATIVE SEGREGATION FOR WEEKS, & BLAMING IT ON COUNSELORS OR GIVING NO REASON AS TO WHY. IF AN OFFENDER IS WAITING ON A PHONE CALL WITH THEIR COUNTY TO FIND OUT IF THEY CAN REMAIN IN THE PROGRAM, THEY WAIT IN THE SHU. NO PHONE CALLS TO THE OUTSIDE WORLD, BARELY GIVEN RECREATION, SUBJECTED TO 24-HOUR LOCKDOWN.

12 It is a policy & procedure for females to engage in the same behavior & be released back into the program in way less time or recieve preferential treatment

13. The restriction of Plaintiff to his cell 24 hours a day has caused further injury. Plaintiff has increased mobility problems. Muscle spasms, increased pain in the hips, increased pain in upper & lower back area, panic/anxiety attacks, claustro-phobic panic attacks, depression, insomnia, stress, headaches.

14 MTC has a policy of delaying & denying medical treatment to inmates housed in SHU

15 MTC has a policy of denying inmates recreation because they are housed in the SHU

16. Plaintiff currently remains in the SHU & will remain until the Warden decides to deal with him.

# CLAIM 2

# DENIAL OF ACCESS TO THE COURTS

# BOUNDS v SMITH USCA 1st

1 East Texas Treatment Facility has a "mini law library" its list of legal books are 1 State Counsel for Offenders Volume 1 & 2, Texas Traffic & Criminal Law Manual, Federal Civil Procedure Code & Rules, Wolff v McDonnell, Bounds v Smith (just the heading not any text), Lewis v Casey, & about 6 or 7 more 5th Cir Capital Cases, approximately 20 TDCJ Forms

2 No legal copies are made. They must be made through the State Law Library copy service, no law clerks or persons trained in law work in the law library, there is no list of state courts addresses or phone numbers. There is no ADA information, no Administrative Segregation Plan available & the disqualifying factors & crucial information about the program was removed by the Warden. Defendant Ixson. There is no where available inmates can write to

TO OBTAIN WHATS MISSING FROM THE LAW LIBRARY. A SIMPLE WRIT IS IMPOSSIBLE UNLESS YOU HAVE NOTES OR FAMILY. YOU CAN NOT GET LEGAL COPIES FROM THE STATE LAW LIBRARY IF YOU ARE INDIGENT.

IN ORDER TO ASK ACCESS TO COURTS FOR ANYTHING YOU ARE REQUIRED TO SUBMIT A FORM & HAVE ACTIVE LITIGATION WITH NO ATTORNEY. YOU CAN ONLY USE THE POWER OF ATTORNEY FORM IN THE STATE COUNSEL FOR OFFENDERS BOOK, MUST COPY BY HAND, WHICH IS 8 PAGES, & SHOW THE LIBRARIAN TO HAVE IT NOTARIZED. NO OTHER POWER OF ATTORNEY WILL BE ACCEPTED

4 YOUR DOCUMENTS ARE SCREENED & READ BEFORE NOTARY SERVICES MAY BE PROVIDED. INMATES ARE ONLY ALLOWED 2 LEGAL ENVELOPES PER WEEK. DOCUMENTS ARE SCREENED BEFORE WRIT OR BUSINESS ENVELOPES ARE PROVIDED EVEN IF ADDRESSED TO A LEGAL ADDRESS.

5 PLAINTIFF ATTEMPTED TO GAIN APPROVAL TO RECIEVE CASE LAW DUE TO ACTIVE LITIGATION & WAS REQUIRED TO FILL OUT A PROMULGATED FORM. THE FORM REQUIRED A PHONE NUMBER. THERE ARE NO STATE COURT PHONE NUMBERS OR ADDRESSES SO PLAINTIFF WAS REQUIRED TO OBTAIN THE PHONE NUMBER HIMSELF. PLAINTIFF HAS NO ACCESS TO MAKE PHONE CALLS & HAD TO SELL HIS DINNER TO GET THE PHONE NUMBER FROM ANOTHER INMATE

6. PLAINTIFF FINALLY SUBMITTED THE FORM FOR APPROVAL & WAS DENIED BECAUSE IT WAS STATED HE HAD COUNSEL. PART OF PLAINTIFFS ARGUMENT WAS THE COURT APPOINTED THEN UNAPPOINTED AN ATTORNEY WITH THE INTENT TO DENY PLAINTIFF HIS 1ST RIGHT OF APPEAL. PLAINTIFF HAD DOCUMENTATION, BUT NONE THE LESS THIS INTERFERED IN PLAINTIFFS ABILITY TO PRESERVE HIS APPEAL. AS A RESULT APPEAL 05-17-01342 FROM THE COURT OF APPEALS 5TH DISTRICT AT DALLAS WAS DISMISSED.

7 PLAINTIFF FILED A WRIT OF CERTIORARI IN THE TEXAS COURT OF CRIMINAL APPEALS ON 3/29/2018 & IT WAS ASSIGNED NO WR-83-337,03. PLAINTIFF WAS UNABLE TO FORMULATE A PROPER ARGUMENT OR MEMORANDUM OF POINTS & AUTHORATIES AS A RESULT OF THE INADEQUACIES OF THE LAW LIBRARY.

8 THE POLICYMAKER DEFENDANT TYSON HAS IMPLEMENTED THIS TO SYSTEMATICALLY PREVENT ANY INMATE FROM ACCESSING THE COURT

OR OBTAINING RELIEF OF ANY KIND. ROAD BLOCKS ARE INTENTIONALLY PLACED IN AN INMATES WAY TO DISCOURAGE COURT ACTION.

9. THERE ARE FALSE STATEMENTS & UNTRUTHS BEING TOLD TO ACCESS TO COURTS TO DECIEVE THEM INTO THINKING THE LAW LIBRARY IS IN COMPLIANCE. THE LAW LIBRARIAN IS AT WORK FROM 8:00 AM - 5:00 PM. WE ARE GIVEN (3) THREE HOURS MAXIMUM WITH LEGAL BOOKS. COUNT USUALLY LASTS FROM 7:15 - 9:00 AM. WE EAT LUNCH AT NOON. AFTER LUNCH "GROUP" IS FROM 1:00 PM - 5:00 PM. NO BOOKS OR LEGAL WORK ARE ALLOWED IN GROUP. IF YOU GO TO SCHOOL YOU CANT ACCESS LIBRARY SERVICES.

10 INMATES ARE NOT ALLOWED TO VISIT OTHER INMATES DORMS TO ASSIST THEM WITH LEGAL WORK, THERES NO DESIGNATED AREA FOR "JAILHOUSE LAWYERS" TO ASSIST ANYONE ELSE, & THE UNITS LAW LIBRARY & PROGRAM IS SPECIFICALLY DESIGNED TO PREVENT LEGAL FILINGS. THERE IS A SUBSTANTIAL SYSTEMATIC DEPRIVATION OF ACCESS TO THE COURT. DIRECT SUBSTANTIAL & CONTINUOUS LIMITS ON LEGAL MATERIALS & TOTAL DENIAL OF ACCESS TO A LIBRARY

# RELIEF REQUESTED

1 REASONABLE ATTORNEY FEES

2 $100,000 FROM MTC, $100,000 FROM WARDEN TYSON PUNITIVE DAMAGES

3 JURY TRIAL

4 REFORM THE LAW LIBRARY TO COMPLY WITH THE STANDARDS OF AN ADEQUATE LAW LIBRARY

5 ALLOW LEGAL COPIES FOR ALL INMATES

6 UPDATE ALL BOOKS, COMPUTERS & MACHINES IN LAW LIBRARY

7 APPOINT AN OVERSEER TO ENSURE THIS IS DONE IN A TIMELY FASHION

C. Has any court ever warned or notified you that sanctions could be imposed?      _____YES_____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: __5/14/2018__                   KEPNREN THOMAS
              DATE

                                                (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14TH__ day of __MAY__, 20 17.
            (Day)                      (month)           (year)

                              KEPNREN THOMAS

                                 (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5



KEP HVEN THOMAS
# 2174910
ELLIE / 5HU - 25
P.O. BOX 8006
HENDERSON TX 75653

RECEIVED-1
MAY 30 2018
MAILROOM

ATTN: DISTRICT CLERK
US DISTRICT COURT
NORTHERN DISTRICT AT DALLAS
1100 COMMERCE ST  ROOM 1452 -
DALLAS, TX 75242

