# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| KEPHREN THOMAS | § | |
| v. | § | CIVIL ACTION NO. 6:18cv266 |
| OFFICER TYSON, ET AL. | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE**. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 2 day of **May, 2019.**

_____
Thad Heartfield
United States District Judge